IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LM INSURANCE CORPORATION,

    Plaintiff,

v.                                                    Case No. 1:16-cv-00039-GHD-DAS

ROCKHILL INVESTMENT TRUST;
SWIFT STAFFING ALABAMA, LLC;
SWIFT STAFFING GEORGIA, LLC;
SWIFT STAFFING MISSISSIPPI, LLC;
and ROCKHILL STAFFING MISSISSIPPI,
LLC,

    Defendants.

## JUDGMENT

Pursuant to a memorandum opinion issued this date, DEFAULT JUDGMENTS are rendered on behalf of Plaintiff LM Insurance Corporation, as follows, to-wit:

1.    The Court awards Liberty Mutual a default judgment and damages in the amount of **$255,273.00** to accrue interest at the current federal rate of 0.71% from the date of judgment until paid in full against Defendants Rockhill Trust, Swift Staffing Alabama, and Swift Staffing Georgia, which represents the amount due under the insurance contract, **Policy No. 544009**, between Liberty Mutual and Rockhill Trust/Swift Staffing Alabama/Swift Staffing Georgia.

2.    The Court awards Liberty Mutual a default judgment and damages in the amount of **$510,199.00** to accrue interest at the current federal rate of 0.71% from the date of judgment until paid in full against Defendants Rockhill Trust and Swift Staffing Mississippi, which

represents the amount due under the insurance contract, **Policy No. 544036**, between Liberty Mutual and Rockhill Trust/Swift Staffing Mississippi.

3. The Court awards Liberty Mutual a default judgment and damages in the amount of **$131,747.00** to accrue interest at the current federal rate of 0.71% from the date of judgment until paid in full against Defendant Rockhill Staffing Mississippi, which represents the amount due under the insurance contract, **Policy No. 545373**, between Liberty Mutual and Rockhill Staffing Mississippi.

IT IS SO ORDERED, this, the 10th day of November, 2016.

Glen H. Davidson
Senior United States District Judge