# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

LM INSURANCE CORPORATION            PLAINTIFF

V.            Civil No. 1:16-cv-00039-GHD-DAS

ROCKHILL INVESTMENT TRUST, *et al.*            DEFENDANTS

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SEVER

In accordance with the memorandum opinion issued this day, the Court ORDERS that:

1. Plaintiff LM Insurance's motion to sever [131] is GRANTED IN PART insofar as it seeks recognition that the automatic bankruptcy stays under 11 U.S.C. § 362 in United States Bankruptcy Court for the Northern District of Mississippi Cause Nos. 18-10627-JDW, 18-10628-JDW, and 18-10631-JDW concerning Defendants Swift Staffing Alabama, Swift Staffing Georgia, and Swift Staffing Mississippi do not apply to Defendants Rockhill Investment Trust and Rockhill Staffing Mississippi; Plaintiff's motion to sever [131] is DENIED IN PART insofar as it seeks to sever any claims into separate actions; and

2. Pursuant to this Court's inherent authority to stay proceedings, the claims against Defendant Rockhill Investment Trust are STAYED pending the resolution of bankruptcy proceedings involving Defendants Swift Staffing Alabama, Swift Staffing Georgia, and Swift Staffing Mississippi, or until the Bankruptcy Court otherwise provides Plaintiff relief from the automatic stay to proceed in this cause;

3. Plaintiff's claims against Rockhill Staffing Mississippi in this cause shall proceed unencumbered by any stay.

SO ORDERED, this the 12th day of June, 2018.

SENIOR U.S. DISTRICT JUDGE