UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LM INSURANCE CORPORATION                                          PLAINTIFF

v.                                                    Civil No. 1:16-cv-00039-GHD-DAS

ROCKHILL INVESTMENT TRUST;
SWIFT STAFFING ALABAMA, LLC;
SWIFT STAFFING GEORGIA, LLC;
SWIFT STAFFING MISSISSIPPI, LLC;
and ROCKHILL STAFFING MISSISSIPPI, LLC,                          DEFENDANTS

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT ROCKHILL STAFFING MISSISSIPPI, LLC**

---

Before the Court is Plaintiff LM Insurance Corporation's ("Liberty Mutual") Motion for
Default Judgment (the "Motion") Against Defendant Rockhill Staffing Mississippi, LLC
("Rockhill Staffing Mississippi"), which was filed on July 6, 2018. (ECF No. 141). In addition
to the Motion, Liberty Mutual filed a supporting memorandum. (ECF No. 142).

The Court finds that Rockhill Staffing Mississippi (to which no automatic stay or
discretionary stay applies) has (1) failed to retain new counsel within the time period ordered by
the Court (*see* ECF No. 128); (2) failed to respond to the Court's order to show cause regarding
why it should not be sanctioned for failing to retain new counsel within the time period ordered by
the Court (ECF No. 138); and (3) failed to comply with its ongoing obligation to keep the Court
and the Clerk's office apprised of a current mailing address so that it can receive communications
from the Court.

The Court accordingly GRANTS judgment by default against the defendant Rockhill
Staffing Mississippi, LLC. Liberty Mutual shall, within fourteen days of the entry of this order,
submit appropriate affidavits and declarations addressing damages. After review of Liberty

Mutual's submissions relative to damages, the Court will determine whether it is necessary to hold

hearing on a writ of inquiry as to damages including interest and costs.

IT IS SO ORDERED this the __10th__ day of July, 2018.


Glen H. Davidson
United States District Judge