UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LM INSURANCE CORPORATION                                              PLAINTIFF

v.                                                    Civil No. 1:16-cv-00039-GHD-DAS

ROCKHILL STAFFING MISSISSIPPI, LLC, *et al.*                         DEFENDANTS

**DEFAULT JUDGMENT**

Pursuant to the previous order [143] granting Plaintiff LM Insurance Corporation's motion for default and the submissions filed by LM Insurance Corporation concerning damages [144], the Court renders a default judgment against Defendant Rockhill Staffing Mississippi, LLC in the amount of $107,218, which represents the amount due under insurance Policy No. WC5-35S-545373-015, to accrue interest at the current federal rate from the date of judgment until the judgment is satisfied. Execution may issue as to all amounts as provided by law.

SO ORDERED, this, the 24th day of July 2018.

_____
SENIOR U.S. DISTRICT JUDGE